U.S. District Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUCINDA JENKINS-HAMBY,<br>    Plaintiff, | 3:18-cv-05783-RAJ |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | ORDER |

It is hereby ORDERED that attorney fees in the amount of $3,936.06 and costs in the amount of $400 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010). Attorney fees are paid pursuant to 28 U.S.C. §1920.

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Kevin Kerr, P.O. Box 14490, Portland, OR

1  97293.  If Plaintiff has a debt, then the check for any remaining funds after offset of the debt

2  shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

3        DATED this __25__ day of ____March_____, 2020.

4                           */s/ Richard A. Jones*
                         _____

5                           UNITED STATES DISTRICT JUDGE